**Order entered July 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00423-CV

**ZAAN, LLC, Appellant**

**V.**

**BARRY SANGANI, SANGINI PROPERTIES, LTD. AND KATHY WEBSTER, Appellees**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-02993-2009**

## ORDER

The Court has before it appellees' July 24, 2013 unopposed second motion for extension of time to file briefs. The Court **GRANTS** the motion and **ORDERS** appellees to file their briefs by August 26, 2013. No further extensions will be granted absent a showing of exceptional circumstances.

/s/     ELIZABETH LANG-MIERS
JUSTICE